USDC SDNY
DOCUMENT
ELECTRONICALLY F[ILED]
DOC #: _____
DATE FILED: 6/29/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

ARTHUR STEINBERG, as Receiver for
Northshore Asset Management, LLC, et al.,

                      Plaintiff,

    -against-

JOEL ASH,

                      Defendant.
----------------------------------------------------------x

Civil Action No.
07-CV-4832

**STIPULATION TO EXTEND
TIME TO ANSWER OR
OTHERWISE RESPOND**

    IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties in the above-captioned action, that the time for Defendant Joel Ash to answer or move with respect to the Complaint is extended to and including August 3, 2007.

Dated: June 28, 2007

KAYE SCHOLER LLP

_[signature]_
Keith R. Murphy (KM-5827)
425 Park Avenue
New York, NY 10022

Attorneys for Plaintiff

179128.1

DORNBUSH SCHAEFFER STRONGIN & VENAGLIA, LLP

_____
Andrew Kanter (AK-3225)
747 Third Avenue
New York, NY 10017
Telephone: (212) 759-3300

Attorneys for Defendant

SO ORDERED:

_____
RICHARD OWEN, U.S.D.J.
6/29/7

2

179128.1