UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| ARTHUR STEINBERG, as Receiver for<br>Northshore Asset Management, LLC, et al., | Civil Action No.<br>07-CV-4832 |
| Plaintiff, | |
| -against- | **STIPULATION TO EXTEND<br>TIME TO ANSWER OR<br>OTHERWISE RESPOND** |
| JOEL ASH, | |
| Defendant. | |

------------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties in the above-captioned action, that the time for Defendant Joel Ash to answer or move with respect to the Complaint is extended to and including August 31, 2007.

Dated: July 27, 2007

KAYE SCHOLER LLP

_____
Keith R. Murphy (KM-5827)
425 Park Avenue
New York, NY 10022

Attorneys for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/07

179128.1

DORNBUSH SCHAEFFER STRONGIN & VENAGLIA, LLP

_____
Andrew Kanter (AK-3225)
747 Third Avenue
New York, NY 10017
Telephone: (212) 759-3300

Attorneys for Defendant

SO ORDERED:

_____
RICHARD OWEN, U.S.D.J.