UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                    :
ARTHUR STEINBERG, as Receiver for                   :    Civil Action No.
Northshore Asset Management, LLC, et al.,           :    07-CV-4832
                                                    :
                               Plaintiff,           :
                                                    :    **STIPULATION TO EXTEND**
               -against-                            :    **TIME TO ANSWER OR**
                                                    :    **OTHERWISE RESPOND**
JOEL ASH,                                           :
                                                    :
                               Defendant.           :
                                                    :
------------------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel

for the parties in the above-captioned action, that the time for Defendant Joel Ash to answer or

move with respect to the Complaint is extended to and including September 14, 2007.


Dated: August 29, 2007


KAYE SCHOLER LLP



Keith R. Murphy (KM-5827)
425 Park Avenue
New York, NY 10022

Attorneys for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/7/07

179128.2

DORNBUSH SCHAEFFER STRONGIN & VENAGLIA, LLP

Andrew Kanter (AK-3225)
747 Third Avenue
New York, NY 10017
Telephone: (212) 759-3300

Attorneys for Defendant

SO ORDERED:

RICHARD OWEN, U.S.D.J.

2

179128.2