# EXHIBIT 4

Class 1 Distribution Schedule

| CLAIMANTS | FIRST DISTRIBUTION AMOUNT MADE ON 10/17/2006 | SECOND DISTRIBUTION AMOUNT MADE ON 12/21/2006 | TOTAL AMOUNT OF DISTRIBUTIONS |
|---|---|---|---|
| Amoroso Family Trust | $19,494.40 | $5,418.03 | $24,912.43 |
| Bartlett James W. | $0.00 | $0.00 | $0.00 |
| Bartlett Dede Thompson | $0.00 | $0.00 | $0.00 |
| Burgoyne Partners | $93,364.81 | $25,948.64 | $119,313.45 |
| Cameron Lucy Ann | $12,562.52 | $3,491.47 | $16,053.99 |
| Carosella John S. | $16,715.87 | $4,645.80 | $21,361.67 |
| Cullinane Michael | $10,094.59 | $2,805.56 | $12,900.15 |
| Dykes Susan R. | $10,058.46 | $2,795.52 | $12,853.98 |
| Dykes Robert | $10,058.46 | $2,795.52 | $12,853.98 |
| Earle Raymond | $29,866.14 | $8,300.62 | $38,166.76 |
| Feldman Don | $22,984.29 | $6,387.96 | $29,372.25 |
| Feldman Don (Keogh) | $26,284.37 | $7,305.15 | $33,589.52 |
| First Albany Capital Inc. | $37,267.32 | $10,357.61 | $47,624.93 |
| Freeman Jane (IRA) | $9,844.48 | $2,736.05 | $12,580.53 |
| Gibson Simon John | $0.00 | $0.00 | $0.00 |
| Goldblatt Seymour | $19,616.50 | $5,451.96 | $25,068.46 |
| Hardyman Family Limited Partnership | $81,578.82 | $22,672.99 | $104,251.81 |
| Hathaway Holdings LP | $103,827.39 | $28,856.47 | $132,683.86 |
| Janine A. Longtine Trust | $40,590.08 | $11,281.09 | $51,871.17 |
| Joseph, Adam | $3,940.27 | $1,095.11 | $5,035.38 |
| Lieber Irvin & Madeline | $45,195.37 | $12,561.03 | $57,756.40 |
| Kirshy Jr. Dennis A. (Keogh) | $4,279.61 | $1,189.42 | $5,469.03 |
| Kirshy Dennis (Keogh) | $15,351.19 | $4,266.52 | $19,617.71 |
| Kraft Michael S. | $31,293.98 | $8,697.45 | $39,991.43 |
| Kraskey Timothy & Dawn | $5,372.79 | $1,493.24 | $6,866.03 |
| Lehman Cari | $18,031.80 | $5,011.53 | $23,043.33 |
| Mathews Dorothy | $2,655.40 | $738.01 | $3,393.41 |
| Olivia William C. | $26,043.74 | $7,238.27 | $33,282.01 |
| Olson Peter C. | $0.00 | $0.00 | $0.00 |
| Peck Drew & Elizabeth | $8,828.24 | $2,453.61 | $11,281.85 |
| Pidgeon Estate of J. Everett | $50,472.96 | $14,027.82 | $64,500.78 |
| Rhodes Ashby M. | $0.00 | $0.00 | $0.00 |
| Rhodes William D. | $0.00 | $0.00 | $0.00 |
| Rhodes Sally Walsh | $0.00 | $0.00 | $0.00 |
| Rhodes, William D. Foundation | $66,060.43 | $18,360.00 | $84,420.43 |
| Ripberger Investment Partnership of NC | $0.00 | $0.00 | $0.00 |
| Ripberger Virgina R. Trust | $0.00 | $0.00 | $0.00 |
| Ripberger Carl T. Trust | $14,198.03 | $3,946.02 | $18,144.05 |
| Rooney, Thomas | $8,828.24 | $2,453.61 | $11,281.85 |
| Francis J. Saldutti, IRA | $0.00 | $0.00 | $0.00 |
| Francis J. Saldutti | $0.00 | $0.00 | $0.00 |
| Francis J. Saldutti | $0.00 | $0.00 | $0.00 |
| Susan Saldutti, IRA | $0.00 | $0.00 | $0.00 |
| Salquist Jon & Kathleen | $120,508.56 | $33,492.63 | $154,001.19 |
| Salquist Margaret K. Trust | $36,732.53 | $10,208.97 | $46,941.50 |
| Salquist Mary C. Trust | $36,732.53 | $10,208.97 | $46,941.50 |
| Salquist Rossier Anne Trust | $36,732.53 | $10,208.97 | $46,941.50 |

29062732.xls

Class 1 Distribution Schedule

| | | | |
|---|---|---|---|
| Shea Tom | $8,278.30 | $2,300.77 | $10,579.07 |
| Shea Tom IRA | $25,678.74 | $7,136.83 | $32,815.57 |
| Shigemura Barton | $0.00 | $0.00 | $0.00 |
| Simmons Michael | $16,166.32 | $4,493.06 | $20,659.38 |
| Smith William J. | $0.00 | $0.00 | $0.00 |
| Soni Rob | $8,166.08 | $2,269.58 | $10,435.66 |
| Summer Hill Equities LP | $257,042.04 | $71,439.02 | $328,481.06 |
| Walske Steven C. | $40,590.08 | $11,281.09 | $51,871.17 |
| G-8 Holding N.V. | $65,886.81 | $18,311.75 | $84,198.56 |
| Desjardins Trust | $642,972.37 | $178,699.62 | $821,671.99 |
| Downco Holdings Inc. | $18,589.93 | $5,166.65 | $23,756.58 |
| | **$2,158,837.38** | **$599,999.99** | **$2,758,837.37** |

29062732.xls

**Class 2 Distribution Schedule**

| NAME ALPHA SORT | First Distribution Made On 10/16/06 and the Australian Investors 2/12/07 | Second Distribution Made on 5/16/07 | Third Distribution Made on 11/30/07 | Total Distributions |
|---|---|---|---|---|
| John Abunassar | $ 9,834.03 | $ 3,340.07 | $ 3,129.85 | $ 16,303.95 |
| Lucia G. Adams | $ 983.40 | $ 334.01 | $ 312.99 | $ 1,630.40 |
| Ram Ben-David | $ 2,170.27 | $ 737.12 | $ 690.73 | $ 3,598.12 |
| Roni Ben-David | $ 832.75 | $ 282.84 | $ 265.04 | $ 1,380.63 |
| Gerald Beeson | $ 4,917.01 | $ 1,670.04 | $ 1,564.93 | $ 8,151.98 |
| DIMITRIOS & SOULA BEROUKAS | $ 1,965.13 | $ 667.45 | $ 625.44 | $ 3,258.02 |
| Bonnie Carnell | $ 855.56 | $ 290.59 | $ 272.30 | $ 1,418.45 |
| CASTRICUM SUPERANNUTION PTY LTD | $ 2,741.54 | $ 839.45 | $ 786.61 | $ 4,367.60 |
| Marcia Cousins | $ 5,703.74 | $ 1,937.24 | $ 1,815.31 | $ 9,456.29 |
| GEOFFREY DALE | $ 2,992.69 | $ 1,016.45 | $ 952.48 | $ 4,961.62 |
| ANDREW DAVIE | $ 3,740.86 | $ 1,270.56 | $ 1,190.60 | $ 6,202.02 |
| Dan Dolcetti | $ 14,259.34 | $ 4,843.11 | $ 4,538.29 | $ 23,640.74 |
| Phillip Dolcetti | $ 14,259.34 | $ 4,843.11 | $ 4,538.29 | $ 23,640.74 |
| Bruce Grieve | $ 19,963.08 | $ 6,780.35 | $ 6,353.60 | $ 33,097.03 |
| Pierson M. Grieve | $ 19,963.08 | $ 6,780.35 | $ 6,353.60 | $ 33,097.03 |
| Judith Halevy | $ 1,967.79 | $ 668.35 | $ 626.28 | $ 3,262.42 |
| Dean & Marguerita Herman | $ 9,834.03 | $ 3,340.07 | $ 3,129.85 | $ 16,303.95 |
| Shim Kawagochi | $ 1,425.93 | $ 484.31 | $ 453.83 | $ 2,364.07 |
| KING TOH LEE | $ 2,866.13 | $ 973.46 | $ 912.20 | $ 4,751.79 |
| JENNIFER & DAVID MCKENZIE | $ 1,976.27 | $ 671.23 | $ 628.98 | $ 3,276.48 |
| ROBERT H. MELVILLE PARTY LTD | $ 1,976.27 | $ 671.23 | $ 628.98 | $ 3,276.48 |
| ROGER NAIRN | $ 7,481.73 | $ 2,541.13 | $ 2,381.19 | $ 12,404.05 |
| Richard Nagel | $ 2,950.21 | $ 1,002.02 | $ 938.96 | $ 4,891.19 |
| FIONA NEWTON | $ 1,496.35 | $ 508.23 | $ 476.24 | $ 2,480.82 |
| Marie Pethe | $ 570.37 | $ 193.72 | $ 181.53 | $ 945.62 |
| Kevin Pool | $ 2,458.51 | $ 835.02 | $ 782.46 | $ 4,075.99 |
| Richard Radecki | $ 7,810.68 | $ 2,652.85 | $ 2,485.88 | $ 12,949.41 |
| David James Robinson | $ 712.97 | $ 242.16 | $ 226.91 | $ 1,182.04 |
| Sean Robinson | $ 295.02 | $ 100.20 | $ 93.90 | $ 489.12 |
| Miguel Saldana (MSPS, Inc.) | $ 9,834.03 | $ 3,340.07 | $ 3,129.85 | $ 16,303.95 |
| Sandra Schmidt | $ 5,703.74 | $ 1,937.24 | $ 1,815.31 | $ 9,456.29 |
| Peter Shapiro | $ 6,883.82 | $ 2,338.05 | $ 2,190.90 | $ 11,412.77 |
| Larry & Karen Tanaka | $ 2,851.87 | $ 968.62 | $ 907.66 | $ 4,728.15 |
| Dan Urchell | $ 4,917.01 | $ 1,670.04 | $ 1,564.93 | $ 8,151.98 |
| David Varca | $ 570.37 | $ 193.72 | $ 181.53 | $ 945.62 |
| Robert and Betty Wells | $ 11,309.13 | $ 3,841.08 | $ 3,599.33 | $ 18,749.54 |
| JONATHAN HALL | $ 7,129.67 | $ 2,421.55 | $ 2,269.14 | $ 11,820.36 |
| SIMON EDWARD HALL | $ 2,704.36 | $ 918.52 | $ 860.71 | $ 4,483.59 |
| SHARIKA WILDISEN | $ 2,458.51 | $ 835.02 | $ 782.46 | $ 4,075.99 |
| SF & AM TANNER | $ 3,740.86 | $ 1,270.56 | $ 1,190.60 | $ 6,202.02 |
| | | | | |
| TOTALS | $207,107.45 | $ 70,251.19 | $ 65,829.67 | $343,188.31 |

31471571.xls