# EXHIBIT 5

## Schedule of Claims and Litigation

I. **Improper Redemption Cases**

   A. **Litigation Going Forward**

| Defendant | Case No. | Nature of Claim | Amount at Issue | Comments |
|---|---|---|---|---|
| Bombardier Trust (Canada) | 07-1212 | Fraudulent Conveyance, Unjust Enrichment and Conversion claims related to an Improper Redemption. | $1,210,483 | Litigation is going forward. Motion for Jurisdictional Discovery pending. |
| Fondation J. Armand Bombardier | 07-1217 | Fraudulent Conveyance, Unjust Enrichment and Conversion claims related to an Improper Redemption. | $228,297 | Litigation is going forward. Motion for Jurisdictional Discovery pending. |
| Schwab, Walter | 06-7770 | Fraudulent Transfer, Conversion and Unjust Enrichment claims related to an Improper Redemption. | $626,074 | Litigation is going forward. Parties presently engaged in settlement negotiations. |
| Shpiz, Leo | 06-5564 | Fraudulent Conveyance, Unjust Enrichment and Conversion claims related to an Improper Redemption. | $208,245 | Litigation is going forward. |

   B. **Redemption Cases Settled and Subject to Court Approval**

| Defendant | Case No. | Nature of Claim | Amount at Issue | Comments |
|---|---|---|---|---|
| Alderman, Stephen | 07-4833 | Fraudulent Transfer, Conversion and Unjust Enrichment claims related to an Improper Redemption. | $500,000 | Settled for $50,000,* subject to Court approval. Motion seeking approval filed on December 14, 2007. |
| Ash, Joel | 07-4832 | Fraudulent Transfer, Conversion and Unjust Enrichment claims related to an Improper Redemption. | $500,000 | Settled for $50,000,* subject to Court approval. Motion seeking approval filed on December 14, 2007. |
| Darland, Michael and Myrna | N/A | Fraudulent Conveyance, Unjust Enrichment and Conversion claims related to an Improper Redemption. | $419,970 | Settled for $157,500, subject to Court approval. Motion seeking approval to be |

---

\* The settled amount is more than the Receiver's calculation of the constructive fraudulent transfer claims against Ash and Alderman and less than the recoverable amount if he was successful on his actual intent fraudulent transfer claims against them.

29062725.DOC                                       1

| Defendant | Case No. | Nature of Claim | Amount at Issue | Comments |
|---|---|---|---|---|
| | | | | filed with the Court. |
| Fondation Lucie et Andre Chagnon | 08-2390 | Fraudulent Conveyance, Unjust Enrichment and Conversion claims related to an Improper Redemption. | $3,003,345 | Case settled by Receiver for $1,125,000. The settlement was rejected by the Court and is presently subject to a pending Motion for Reconsideration. Pursuant to this Court's order, the Receiver filed his Complaint against the Defendant on March 7, 2008. |
| Newman, Melvin | 06-5567 | Fraudulent Transfer, Conversion and Unjust Enrichment claims related to an Improper Redemption. | $252,447 | Settled for $39,000, subject to Court approval. Motion seeking approval to be filed with the Court. |
| Porter, Jim | 06-5566 | Fraudulent Transfer, Conversion and Unjust Enrichment claims related to an Improper Redemption. | $96,000 | Settled for $12,000, subject to Court approval. Motion seeking approval to be filed with the Court. |
| Wharton, Richard | 06-5565 | Fraudulent Transfer, Conversion and Unjust Enrichment claims related to an Improper Redemption. | $326,974 | Settled for $49,000, subject to Court approval. Motion seeking approval to be filed with the Court. |

C.  **Redemption Cases Settled / Cases to be Closed**

| Defendant | Case No. | Nature of Claim | Amount at Issue | Comments |
|---|---|---|---|---|
| Campbell Investment Partnership | 06-5563 | Fraudulent Transfer, Conversion and Unjust Enrichment claims related to an Improper Redemption. | $118,881 | Settled for $35,000. Settlement approved by the Court and paid in full by the Defendant. |
| Fortunoff, Robert | 07-1214 | Fraudulent Transfer, Conversion and Unjust Enrichment claims related to an Improper Redemption. | $148,460 | Settled for $72,000. Settlement approved by the Court and paid in full by the Defendant. |

| | | | | |
|---|---|---|---|---|
| Griffin, Robert G. | 07-1216 | Fraudulent Transfer, Conversion and Unjust Enrichment claims related to an Improper Redemption. | $127,608 | Settled for $125,000. Settlement approved by the Court and paid in full by the Defendant. |
| M. Kingdon Offshore, Ltd. | 07-1215 | Fraudulent Transfer, Conversion and Unjust Enrichment claims related to an Improper Redemption. | $48,700 | Settled for $22,000. Settlement approved by the Court and paid in full by the Defendant. |
| Sojecci Ltee | 07-1211 | Fraudulent Transfer, Conversion and Unjust Enrichment claims related to an Improper Redemption. | $650,435 | Settled for $225,000. Settlement approved by the Court and paid in full by the Defendant. |
| Twining, Dennis | 07-1213 | Fraudulent Transfer, Conversion and Unjust Enrichment claims related to an Improper Redemption. | $134,217 | Settled for $21,000. Settlement approved by the Court and paid in full by the Defendant. |

## II. Other Open / Cases Litigation

### A. Ongoing Other Litigation

| Defendant | Case No. | Nature of Claim | Amount at Issue | Comments |
|---|---|---|---|---|
| Ballew, Douglas | 07-1001 | Breach of Fiduciary Duty, Common Law Fraud, Civil Conspiracy, Fraudulent Transfer, Conversion and Unjust Enrichment claims | $35,000,000 | Litigation is going forward. Defendant has asserted his 5th Amendment privilege in his Answer. Unclear what assets there are to collect. |
| Bloomberg L.P., Bloomberg, Inc., Bloomberg Integration Services, LLC | 07-1208 | Fraudulent Transfer, Conversion and Unjust Enrichment claims related to certain improper transfers.. | $180,958.57 | Litigation is going forward. |
| Franklin's Kite Holdings | N/A | Preference claim. | $100,000 | Litigation is going forward. Settlement negotiations are ongoing. Defendant has filed a claim against the Receivership Estate in |

29062725.DOC                                3

| Defendant | Case No. | Nature of Claim | Amount at Issue | Comments |
|---|---|---|---|---|
| | | | | the amount of $416,750. |
| Kelley, Kevin | 07-1001 | Breach of Fiduciary Duty, Common Law Fraud, Civil Conspiracy, Fraudulent Transfer, Breach of Contract, Conversion and Unjust Enrichment and Equitable Subordination Claims. | $35,000,000 | Defendant presently is incarcerated. Litigation is going forward, but likelihood of collection is thought to be difficult. |
| Saldutti, Francis | 07-1001 | Breach of Fiduciary Duty, Common Law Fraud, Civil Conspiracy, Fraudulent Transfer, Breach of Contract, Conversion and Unjust Enrichment and Equitable Subordination claims. | $35,000,000 | Litigation is going forward. Motion for Partial Summary Judgment has been filed with the Court and is pending. |
| Sherman, Glenn | 07-1001 | Breach of Fiduciary Duty, Common Law Fraud, Civil Conspiracy, Fraudulent Transfer, Breach of Contract, Conversion and Unjust Enrichment and Equitable Subordination claims. | $35,000,000 | Defendant has died. Certificate of Default was obtained. Prior to his death, the Defendant filed a motion to reopen the default. Collection on this claim is thought to be difficult. |
| | 05-2192 | Civil Contempt | $106,213.51 | Order of Civil Contempt entered on June 14, 2006. Defendant ordered to pay Receivership Estate legal fees and costs in the amount of $106,213.51. Collection on this judgment is thought to be difficult. |

29062725.DOC

4

| Defendant | Case No. | Nature of Claim | Amount at Issue | Comments |
|---|---|---|---|---|
| Wildeman, Robert | 07-1001 | Breach of Fiduciary Duty, Common Law Fraud, Civil Conspiracy, Fraudulent Transfer, Breach of Contract, Conversion and Unjust Enrichment and Equitable Subordination claims. | $35,000,000 | Settled on a collectability basis for (a) $35,000 cash; (b) proceeds of sale of vacation home, (c) percentage of annual earnings over a three year period and (d) other consideration. Motion to approve settlement filed by the Receiver on October 22, 2007. Litigation is going forward considering Court's instruction that matter will be tried. |
| | 05-2192 | Civil Contempt | $106,213.51 | Order of Civil Contempt entered on June 14, 2006. Defendant ordered to pay Receivership Estate legal fees and costs in the amount of $106,213.51. Defendant and Receiver attempted to settle contempt judgment in connection with Case No.07-1001. Motion to approve settlement filed by the Receiver on October 22, 2007. Collection efforts will go forward considering Court's instruction that Case No. 07-1001 will be tried. |

B. **Other Litigation - Settled and Subject to Court Approval**

| Defendant | Case No. | Nature of Claim | Amount at Issue | Comments |
|---|---|---|---|---|
| Goldstein Golub Kessler LLP | N/A | Accountant Malpractice and related claims. | N/A | Agreement to settle for $75,000, subject to execution of settlement agreement and Court approval. |
| RSM McGladrey Inc. (f/k/a American Express Tax and Business Services) | N/A | Accountant Malpractice and related claims. | N/A | Agreement to settle for $25,000, subject to execution of settlement agreement and Court approval. |
| Universal Genesis Strategic Holdings, Inc. and Singularity LLC | 06-5024 | Fraudulent Transfer claims related to certain improper transfers. | $100,627.35 | Settled for $7,500, subject to Court approval. |

C. **Other Litigation - Judgments Entered and Collection Efforts Ongoing**

| Defendant | Case No. | Nature of Claim | Amount at Issue | Comments |
|---|---|---|---|---|
| Bridge Banc, LLC | 05-5614 | Breach of Contract, Unjust Enrichment and Promissory Estoppel claims related to unpaid obligations under a Note. | $1,000,000 | Judgment Entered. Receiver has attempted to collect on judgment. Judgment appears to be uncollectible. Principal is incarcerated and awaiting trial and business entity has folded. |
| Janiak, Randall J. and The Randall J. Janiak Trust | 05-8557 | Breach of Contract, Unjust Enrichment and Promissory Estoppel claims related to unpaid obligations under a Note. | $100,000 | Judgment Entered. Receiver has attempted to collect on judgment. Judgment appears to be uncollectible. |
| Schwartz, David E. | 05-9563 | Breach of Contract, Fradululent Transfer, Unjust Enrichment and Promissory Estoppel claims related to the recovery of certain improper transfers. | $202,969.26 | Judgment Entered. Receiver has attempted to collect on judgment. Judgment appears to be uncollectible. |

29062725.DOC                               6

| Defendant | Case No. | Nature of Claim | Amount at Issue | Comments |
|---|---|---|---|---|
| Taylor, Brian J. | 05-4538 | Breach of Contract, Unjust Enrichment and Promissory Estoppel claims related to an unpaid note. | $631,261.80 | Judgment Entered. Receiver has attempted to collect on judgment. Judgment appears to be uncollectible. |
|  | 05-2192 | Civil Contempt | $353,277.04 | Civil Contempt judgment entered on November 15, 2005. Receiver has attempted to collect on judgment. Judgment appears to be uncollectible. |
| The Ralph B. Langer and Barbara D. Langer Trust | 05-8558 | Breach of Contract, Unjust Enrichment and Promissory Estoppel claims related to an unpaid note. | $40,000 | Judgment Entered. Receiver has attempted to collect on judgment. Judgment appears to be uncollectible. |