# EXHIBIT 6

KAYE SCHOLER FEE AND EXPENSE PAYMENTS

| FEE PERIOD | FEES | EXPENSES | AMOUNT AWARDED | AMOUNT PAID | AMTS OUTSTANDING UNPAID |
|---|---|---|---|---|---|
| 2/16/2005-6/30/2005* | $ 2,642,968.45 | $ 136,238.62 | $ 2,779,207.07 | $ 2,636,105.58 | $ 136,238.62 |
| 7/1/2005-10/31/2005 | $ 1,393,831.05 | $ 55,966.39 | $ 1,449,797.44 | $ 1,449,797.44 | |
| 11/1/2005-2/28/2006 | $ 1,281,105.95 | $ 53,530.53 | $ 1,334,636.48 | $ 1,334,636.48 | |
| 3/1/2006-6/30/2006 | $ 1,321,157.10 | $ 60,168.14 | $ 1,381,325.24 | $ 1,381,325.24 | |
| 7/1/2006-10/31/2006 | $ 1,092,844.90 | $ 80,010.17 | $ 1,172,855.07 | $ 1,172,855.07 | |
| 11/1/2006-2/28/2007 | $ 874,155.40 | $ 53,333.22 | $ 927,488.62 | $ 927,488.62 | |
| 3/1/2007-6/30/2007 | $ 877,591.45 | $ 68,345.14 | Application Submitted/Pending | $ 770,418.30 | $ 175,518.29 |
| 7/1/2007-10/31/2007 | $ 713,981.09 | $ 18,277.48 | Application to be Filed | $ 589,497.48 | $ 142,761.09 |
| 11/1/2007-2/28/2008 ** | $ 463,028.70 | $ 13,982.85 | Future Application | $ 139,736.05 | $ 337,275.50 |
| **TOTALS** | $ 10,660,664.09 | $ 539,852.54 | $ 9,045,309.92 | $ 10,401,860.26 | $ 791,793.50 |
| * This payment does not include the expenses and Kaye Scholer reduced expenses by $6,862.87 | | | | | |
| ** February fees and expenses estimated | | | | | |

31400386.xls

GOLDIN ASSOCIATES FEE AND EXPENSE PAYMENTS

| FEE PERIOD | FEES | | EXPENSES | | AMOUNT AWARDED | AMOUNT PAID | | AMTS OUTSTANDING UNPAID | |
|---|---|---|---|---|---|---|---|---|---|
| GOLDIN | | | | | | | | | |
| 2/24/05-6/30/05 | $ | 458,836.00 | $ | 4,540.77 | $ | 463,376.77 | $ | 463,376.77 | | |
| 7/1/05-10/31/05 | $ | 328,790.50 | $ | 1,240.88 | $ | 330,031.38 | $ | 330,031.38 | | |
| 11/1/05-2/28/06* | $ | 197,720.00 | $ | 178.06 | $ | 197,898.06 | $ | 197,837.07 | | |
| 3/1/06-6/30/06 | $ | 131,560.00 | $ | 360.96 | $ | 131,920.96 | $ | 131,920.96 | | |
| 7/1/06-10/31/06 | $ | 99,782.50 | $ | 973.57 | $ | 100,756.07 | $ | 100,756.07 | | |
| 11/1/2006-2/28/2007 | $ | 68,422.50 | $ | 146.43 | $ | 68,568.93 | $ | 68,568.93 | | |
| 3/1/2007-6/30/2007 | $ | 51,369.00 | $ | 180.46 | Application Submitted/Pending | $ | 41,161.06 | $ | 10,388.40 |
| 7/1/2007-10/31/2007 | $ | 27,223.50 | $ | 82.39 | Application to be Filed | $ | 21,861.19 | $ | 5,444.70 |
| 11/1/2007-2/29/2008 | $ | 16,497.00 | $ | 102.40 | Future Application | $ | 5,657.39 | $ | 10,942.01 |
| TOTALS | $ | 1,380,201.00 | $ | 7,805.92 | $ | 1,292,552.17 | $ | 1,361,231.81 | $ | 26,775.11 |
| | | | | | | | | | | |
| * The difference of $60.99 between fees awarded and fees paid relates to voluntary reduction by Goldin Associates | | | | | | | | | |

MORRIS ANDERSON FEE AND EXPENSE PAYMENTS

| FEE PERIOD | FEES | EXPENSES | AMOUNT AWARDED | AMOUNT PAID | AMTS OUTSTANDING UNPAID |
|---|---|---|---|---|---|
| MORRIS ANDERSON | | | | | |
| 2/17/2005-6/30/2005 | $ 208,125.00 | $ 2,757.83 | $ 210,882.83 | $ 210,882.83 | |
| 7/1/2005-10/31/2005 | $ 73,950.00 | $ 269.00 | $ 74,219.00 | $ 74,219.00 | |
| 11/1/2005-2/28/2006 | $ 12,150.00 | $ 118.52 | $ 12,268.52 | $ 12,268.52 | |
| 3/1/2006-6/30/2006 | $ 8,700.00 | $ 33.00 | $ 8,733.00 | $ 8,733.00 | |
| 7/1/2006-10/31/2006 | $ 4,950.00 | $ 15.25 | $ 4,965.25 | $ 4,965.25 | |
| 11/1/2006-2/28/2007 | $ 4,350.00 | $ - | $ 4,350.00 | $ 4,350.00 | |
| 3/1/2007-6/30/2007 | $ 1,050.00 | $ 22.00 | Application Submitted/Pending | 0 | $ 1,072.00 |
| 2/15-16/2005-Gap Period | $ 19,350.00 | $ 1,667.36 | Application Submitted/Pending | 0 | $ 21,017.36 |
| 7/1/2007-10/31/2007 | $ 1,800.00 | | Future Application | $ 1,440.00 | $ 360.00 |
| TOTALS | $ 334,425.00 | $ 4,882.96 | $ 315,418.60 | $ 316,858.60 | $ 22,449.36 |

JPMORGAN FEE AND EXPENSE PAYMENTS

| FEE PERIOD | FEES | EXPENSES | AMOUNT AWARDED | AMOUNT PAID | AMTS OUTSTANDING UNPAID |
|---|---|---|---|---|---|
| JPMORGAN | | | | | |
| 7/1/2005-2/28/2006 | $ 33,171.13 | $ 19,392.48 | $ 52,563.61 | $ 52,563.61 | |
| | | | | | |
| 3/1/2006-6/30/2006 | $ 10,945.69 | $ 4,388.71 | $ 15,334.40 | $ 15,334.40 | |
| | | | | | |
| 7/1/2006-10/31/2006 | $ 1,171.63 | $ 1,338.70 | $ 2,510.33 | $ 2,510.33 | |
| | | | | | |
| 3/1/2007-6/30/2007 | $ 997.94 | $ 986.10 | Application Submitted/Pending | $ 1,612.85 | $ 371.19 |
| | | | | | |
| 7/1/2007-10/31/2007 | $ 303.50 | $ 1,336.36 | Application to be Filed | $ 1,579.16 | $ 60.70 |
| | | | | | |
| 11/1/2007-11/30/2007 | $ 503.88 | $ 1,215.52 | Future Application | $ 1,418.62 | $ 300.78 |
| | | | | | |
| | | | | | |
| TOTALS | $ 47,093.77 | $ 28,657.87 | $ 70,408.34 | $ 75,018.97 | $ 732.67 |

MAHONEY COHEN FEE AND EXPENSE PAYMENTS

| FEE PERIOD | FEES | EXPENSES | AMOUNT AWARDED | AMOUNT PAID | AMTS OUTSTANDING UNPAID |
|---|---|---|---|---|---|
| MAHONEY COHEN | | | | | |
| 4/1/2006-10/31/2006 | $ 86,281.00 | $ 1,254.00 | $ 87,535.00 | $ 87,535.00 | |
| 11/1/2006-6/30/2007 | $ 34,930.00 | $ 2,754.00 | Application Submitted/Pending | | $ 37,684.00 |
| 7/1/2007-2/29/2008 | $4,523.50 | $ 77.46 | Future Application | | $ 4,600.96 |
| TOTALS | $ 125,734.50 | $ 4,085.46 | $ 87,535.00 | $ 87,535.00 | $ 42,284.96 |

31400386.xls