KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8000
Keith R. Murphy, Esq.

KAYE SCHOLER LLC
Three First National Plaza
70 West Madison Street
Suite 4100
Chicago, IL 60602-4231
Telephone: (312) 583-2300
Sheldon L. Solow, Esq.
Michael D. Messersmith, Esq.

*Counsel for Arthur Steinberg, as Receiver
for Northshore Asset Management, LLC, et al.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SECURITIES AND EXCHANGE COMMISSION

                Plaintiff,

      -against-

NORTHSHORE ASSET MANAGEMENT et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No.
05-CV-2192 (WHP)

ARTHUR STEINBERG, as Receiver for
Northshore Asset Management, LLC, et al.,

                Plaintiff,

      -against-

UNIVERSAL GENESIS STRATEGIC
HOLDINGS, INC. et al.

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No.
06-CV-5024 (WHP)

29062776.DOC

```
------------------------------------x
                                    :
ARTHUR STEINBERG, as Receiver for   :
Northshore Asset Management, LLC, et al., :
                                    :
                     Plaintiff,     :
                                    :       Civil Action No.
       -against-                    :       06-CV-5564 (WHP)
                                    :
LEO SPHIZ,                          :
                                    :
                     Defendant.     :
------------------------------------x


------------------------------------x
                                    :
ARTHUR STEINBERG, as Receiver for   :
Northshore Asset Management, LLC, et al., :
                                    :
                     Plaintiff,     :
                                    :       Civil Action No.
       -against-                    :       06-CV-5565 (WHP)
                                    :
RICHARD WHARTON,                    :
                                    :
                     Defendant.     :
------------------------------------x


------------------------------------x
                                    :
ARTHUR STEINBERG, as Receiver for   :
Northshore Asset Management, LLC, et al., :
                                    :
                     Plaintiff,     :
                                    :       Civil Action No.
       -against-                    :       06-CV-5566 (WHP)
                                    :
JIM PORTER,                         :
                                    :
                     Defendant.     :
------------------------------------x
```

```
------------------------------------------------x
                                                :
ARTHUR STEINBERG, as Receiver for               :
Northshore Asset Management, LLC, et al.,       :
                                                :
                        Plaintiff,              :
                                                :     Civil Action No.
            -against-                           :     06-CV-5567 (WHP)
                                                :
MELVIN NEWMAN,                                  :
                                                :
                        Defendant.              :
------------------------------------------------x

------------------------------------------------x
                                                :
ARTHUR STEINBERG, as Receiver for               :
Northshore Asset Management, LLC, et al.,       :
                                                :
                        Plaintiff,              :
                                                :     Civil Action No.
            -against-                           :     06-CV-7770 (WHP)
                                                :
WALTER SCHWAB,                                  :
                                                :
                        Defendant.              :
------------------------------------------------x

------------------------------------------------x
                                                :
ARTHUR STEINBERG, as Receiver for               :
Northshore Asset Management, LLC, et al.,       :
                                                :
                        Plaintiff,              :
                                                :     Civil Action No.
            -against-                           :     07-CV-1001 (WHP)
                                                :
GLENN SHERMAN, et al.,                          :
                                                :
                        Defendants.             :
------------------------------------------------x
```

```
-------------------------------------------x
                                           :
ARTHUR STEINBERG, as Receiver for          :
Northshore Asset Management, LLC, et al.,  :
                                           :
                            Plaintiff,     :
                                           :   Civil Action No.
            -against-                      :   07-CV-1208 (WHP)
                                           :
BLOOMBERG, L.P. et al.,                    :
                                           :
                            Defendants.    :
-------------------------------------------x


-------------------------------------------x
                                           :
ARTHUR STEINBERG, as Receiver for          :
Northshore Asset Management, LLC, et al.,  :
                                           :
                            Plaintiff,     :
                                           :   Civil Action No.
            -against-                      :   07-CV-1212 (WHP)
                                           :
BOMBARDIER TRUST (CANADA) et al.,          :
                                           :
                            Defendants.    :
-------------------------------------------x


-------------------------------------------x
                                           :
ARTHUR STEINBERG, as Receiver for          :
Northshore Asset Management, LLC, et al.,  :
                                           :
                            Plaintiff,     :
                                           :   Civil Action No.
            -against-                      :   07-CV-1217 (WHP)
                                           :
FONDATION J. ARMAND BOMBARDIER,            :
                                           :
                            Defendant.     :
-------------------------------------------x
```

```
------------------------------------------------x
                                                :
ARTHUR STEINBERG, as Receiver for               :
Northshore Asset Management, LLC, et al.,       :
                                                :
                        Plaintiff,              :
                                                :    Civil Action No.
        -against-                               :    07-CV-4832 (WHP)
                                                :
JOEL ASH,                                       :
                                                :
                        Defendant.              :
------------------------------------------------x

------------------------------------------------x
                                                :
ARTHUR STEINBERG, as Receiver for               :
Northshore Asset Management, LLC, et al.,       :
                                                :
                        Plaintiff,              :
                                                :    Civil Action No.
        -against-                               :    07-CV-4833 (WHP)
                                                :
STEPHEN A. ALDERMAN,                            :
                                                :
                        Defendant.              :
------------------------------------------------x

------------------------------------------------x
                                                :
ARTHUR STEINBERG, as Receiver for               :
Northshore Asset Management, LLC, et al.,       :
                                                :
                        Plaintiff,              :
                                                :    Civil Action No.
        -against-                               :    08-CV-2390 (WHP)
                                                :
FONDATION LUCIE ET ANDRE CHAGNON,               :
                                                :
                        Defendant.              :
------------------------------------------------x
```

## SUGGESTION OF DEATH

Keith R. Murphy, counsel for Arthur J. Steinberg, Receiver of Northshore Asset Management, LLC, Ardent Research Partners L.P., Ardent Research Partners, Ltd. and Saldutti Capital Management, L.P., suggests upon the record, pursuant to Federal Rule of Civil Procedure 25(a), the death of Glenn Sherman, a defendant, during the pendency of this action. Attached hereto is a copy of a certified copy of the Medical Certificate of Death filed with the City of Chicago, Illinois Department of Public Health, Bureau of Vital Records.

Dated: New York, New York
      March 21, 2008

 

KAYE SCHOLER LLP
Keith R. Murphy (KM-5827)
425 Park Avenue
New York, NY 10022
(212) 836-8000 telephone
(212) 836-7157 facsimile

-and-

KAYE SCHOLER LLC
Three First National Plaza
70 West Madison Street, Suite 4100
Chicago, Il 60602-4231
(312) 583-2300 telephone
(312) 583-2360 facsimile
Sheldon L. Solow, Esq.
Michael D. Messersmith, Esq.

Counsel to Arthur J. Steinberg, Receiver of Northshore Asset Management, LLC, et al.



**STATE OF ILLINOIS — MEDICAL CERTIFICATE OF DEATH**

- Registration District No.: 16.10
- State File Number: 610954
- Deceased Name: Glenn A. Sherman
- Date of Death: August 11, 2007
- County of Death: Cook
- Date of Birth: August 1, 1966
- City: Chicago
- Hospital: Northwestern Memorial Hospital (Emer. Room)
- Birthplace: Pontiac, MI
- Marital Status: Married
- Surviving Spouse: Lori S. Gutmann
- Was Deceased Ever in Armed Forces: no
- Social Security Number: 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
- Usual Occupation: Entrepreneur
- Kind of Business: Financial
- Residence: 550 N. Kingsbury St. Apt. 606, Chicago
- State: Illinois, Zip: 60610
- Race: White
- Hispanic Origin: No
- Father: Glenn A. Sherman Jr.
- Mother: Johnny A. Fort
- Informant: Glenn Sherman, Relationship: Father, Address: 8745 Clark Rd, Clarkston, MI 48...
- Cause of Death: (a) GI bleeding (b) Cirrhosis (c) alcohol
- Autopsy: No
- Date Last Seen Alive: 8/3/2007
- Was Coroner or Medical Examiner Notified: Yes
- Hour of Death: 2:00 A
- Date Signed: 08/15/20
- Burial: All Saints Cemetery, Waterford, MI
- Funeral Home: Aero Removals, 919 N. Garfield, Lombard, Illinois 60148
- Funeral Director: Clarissa Greene

This is to certify that this is a true and correct copy of the official death record filed with the Illinois Department of Public Health.

CITY OF CHICAGO DEPARTMENT OF PUBLIC HEALTH

VOID