ITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SECURITIES AND EXHCHANGE          :
COMMISSION,
                                  :
            Plaintiff,                           05 Civ. 2192 (WHP)
                                  :
      -against-
                                  :
NORTHSHORE ASSET
MANAGEMENT et al.,                :

            Defendants.           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for  :
Northshore Asset Management, LLC et. al.,
                                  :
            Plaintiff,                           06 Civ. 5024 (WHP)
                                  :
      -against-
                                  :
UNIVERSAL GENESIS STRATEGIC
HOLDINGS, INC et. al.,            :

            Defendants.
                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for  :
Northshore Asset Management, LLC et. al.,
                                  :
            Plaintiff,                           06 Civ. 5564 (WHP)
                                  :
      -against-
                                  :
LEO SPHIZ,

            Defendant.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

------------------------------X

ARTHUR STEINBERG as receiver for          :
Northshore Asset Management, LLC et. al.,
                                          :
               Plaintiff,                         06 Civ. 5565 (WHP)
                                          :
       -against-
                                          :
RICHARD WHARTON,

               Defendant.                 :

------------------------------X

------------------------------X

ARTHUR STEINBERG as receiver for          :
Northshore Asset Management, LLC et. al.,
                                          :
               Plaintiff,                         06 Civ. 5566 (WHP)
                                          :
       -against-
                                          :
JIM PORTER,

               Defendant.                 :

------------------------------X

------------------------------X

ARTHUR STEINBERG as receiver for          :
Northshore Asset Management, LLC et. al.,
                                          :
               Plaintiff,                         06 Civ. 5567 (WHP)
                                          :
       -against-
                                          :
MELVIN NEWMAN,

               Defendant.                 :

------------------------------X

```
------------------------------- X

ARTHUR STEINBERG as receiver for        :
Northshore Asset Management, LLC et. al.,
                                        :
              Plaintiff,                       06 Civ. 7770 (WHP)
                                        :
       -against-
                                        :
WALTER SCHWAB,
                                        :
              Defendant.                :
------------------------------- X

------------------------------- X

ARTHUR STEINBERG as receiver for        :
Northshore Asset Management, LLC et. al.,
                                        :
              Plaintiff,                       07 Civ. 1001 (WHP)
                                        :
       -against-
                                        :
GLENN SHERMAN et. al.,
                                        :
              Defendants.
                                        :
------------------------------- X

------------------------------- X

ARTHUR STEINBERG as receiver for        :
Northshore Asset Management, LLC et. al.,
                                        :
              Plaintiff,                       07 Civ. 1208 (WHP)
                                        :
       -against-
                                        :
BLOOMBERG, L.P. et. al.,
                                        :
              Defendants.               :
------------------------------- X
```

```
------------------------------X
ARTHUR STEINBERG as receiver for      :
Northshore Asset Management, LLC et. al.,
                                      :
              Plaintiff,                     07 Civ. 1212 (WHP)
                                      :
       -against-
                                      :
BOMBARDIER TRUST (CANADA) et. al.,
                                      :
              Defendants.
                                      :
------------------------------X
------------------------------X
ARTHUR STEINBERG as receiver for      :
Northshore Asset Management, LLC et. al.,
                                      :
              Plaintiff,                     07 Civ. 1217 (WHP)
                                      :
       -against-
                                      :
FONDATION J. ARMAND BOMBARDIER,
                                      :
              Defendant.
                                      :
------------------------------X
------------------------------X
ARTHUR STEINBERG as receiver for      :
Northshore Asset Management, LLC et. al.,
                                      :
              Plaintiff,                     07 Civ. 4832 (WHP)
                                      :
       -against-
                                      :
JOEL ASH,
                                      :
              Defendant.
                                      :
------------------------------X
```

------------------------------- X

ARTHUR STEINBERG as receiver for : 
Northshore Asset Management, LLC et. al.,
:
                Plaintiff,           07 Civ. 4833 (WHP)
:
        -against-
:
STEPHEN A. ALDERMAN,

                Defendant. :

------------------------------- X
------------------------------- X

ARTHUR STEINBERG as receiver for :
Northshore Asset Management, LLC et. al.,
:
                Plaintiff,           08 Civ. 2390 (WHP)
:
        -against-
:
FONDATION LUCIE ET ANDRE
CHAGNON, :

                Defendant. :

------------------------------- X

ORDER

WILLIAM H. PAULEY III, District Judge:

        For the reasons set forth on the record on March 20, 2008, the following motions are disposed of:

        1. Keven Kelley's motion to dismiss (05-Civ-2192, Docket No. 82) is denied;

        2. Francis Saldutti's motion to dismiss (05-Civ-2192, Docket No. 198) is denied;

3. Douglas Ballew's motion to stay discovery (05-Civ-2192, Docket No. 213) is denied;

4. Robert Wildeman's motion to dismiss (07-Civ-1001, Docket No. 5) is denied;

5. Robert Wildeman's motion to dismiss the cross-claim (07-Civ-1001, Docket No. 18) is granted. A further Memorandum and Order will follow;

6. The Receiver's motion for default judgment against Glenn Sherman (07-Civ-1001, Docket No. 16) is denied;

7. Glenn Sherman's motion to set aside default (07-Civ-1001, Docket No. 23) is denied;

8. The Receiver's motion for summary judgment on counts 44 and 49 (07-Civ-1001, Docket No. 38) is granted in part and denied in part. A further Memorandum and Order will follow; and

9. Kenneth Slepicka's motion to dismiss (07-Civ-1001, Docket No. 45) is granted. A further Memorandum and Order will follow.

Dated:   March 21, 2008
         New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*All Counsel of Record*