ITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SECURITIES AND EXHCHANGE
COMMISSION,

                            Plaintiff,           05 Civ. 2192 (WHP)

                          -against-

NORTHSHORE ASSET
MANAGEMENT et al.,

                            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for
Northshore Asset Management, LLC et. al.,

                            Plaintiff,           06 Civ. 5024 (WHP)

                          -against-

UNIVERSAL GENESIS STRATEGIC
HOLDINGS, INC et. al.,

                            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for
Northshore Asset Management, LLC et. al.,

                            Plaintiff,           06 Civ. 5564 (WHP)

                          -against-

LEO SPHIZ,

                            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

------------------------------X

ARTHUR STEINBERG as receiver for : 
Northshore Asset Management, LLC et. al.,
:
                Plaintiff,               06 Civ. 5565 (WHP)
:
      -against-
:
RICHARD WHARTON,

                Defendant.  :

------------------------------X
------------------------------X

ARTHUR STEINBERG as receiver for :
Northshore Asset Management, LLC et. al.,
:
                  Plaintiff,              06 Civ. 5566 (WHP)
:
      -against-
:
JIM PORTER,

                  Defendant.  :

------------------------------X
------------------------------X

ARTHUR STEINBERG as receiver for :
Northshore Asset Management, LLC et. al.,
:
                  Plaintiff,              06 Civ. 5567 (WHP)
:
      -against-
:
MELVIN NEWMAN,

                  Defendant.  :

------------------------------X

```
------------------------------X
ARTHUR STEINBERG as receiver for        :
Northshore Asset Management, LLC et. al.,
                                        :
                    Plaintiff,              06 Civ. 7770 (WHP)
                                        :
        -against-
                                        :
WALTER SCHWAB,
                                        :
                    Defendant.          :
------------------------------X

------------------------------X
ARTHUR STEINBERG as receiver for        :
Northshore Asset Management, LLC et. al.,
                                        :
                    Plaintiff,              07 Civ. 1001 (WHP)
                                        :
        -against-
                                        :
GLENN SHERMAN et. al.,
                                        :
                    Defendants.
                                        :
------------------------------X

------------------------------X
ARTHUR STEINBERG as receiver for        :
Northshore Asset Management, LLC et. al.,
                                        :
                    Plaintiff,              07 Civ. 1208 (WHP)
                                        :
        -against-
                                        :
BLOOMBERG, L.P. et. al.,
                                        :
                    Defendants.         :
------------------------------X
```

```
------------------------------X
ARTHUR STEINBERG as receiver for      :
Northshore Asset Management, LLC et. al.,
                                      :
              Plaintiff,                    07 Civ. 1212 (WHP)
                                      :
       -against-
                                      :
BOMBARDIER TRUST (CANADA) et. al.,
                                      :
              Defendants.
------------------------------X
------------------------------X
ARTHUR STEINBERG as receiver for      :
Northshore Asset Management, LLC et. al.,
                                      :
              Plaintiff,                    07 Civ. 1217 (WHP)
                                      :
       -against-
                                      :
FONDATION J. ARMAND BOMBARDIER,
                                      :
              Defendant.
                                      :
------------------------------X
------------------------------X
ARTHUR STEINBERG as receiver for      :
Northshore Asset Management, LLC et. al.,
                                      :
              Plaintiff,                    07 Civ. 4832 (WHP)
                                      :
       -against-
                                      :
JOEL ASH,
                                      :
              Defendant.
                                      :
------------------------------X
```

```
------------------------------X
ARTHUR STEINBERG as receiver for      :
Northshore Asset Management, LLC et. al.,
                                      :
              Plaintiff,                        07 Civ. 4833 (WHP)
                                      :
         -against-
                                      :
STEPHEN A. ALDERMAN,
                                      :
              Defendant.              :
------------------------------X
------------------------------X
ARTHUR STEINBERG as receiver for      :
Northshore Asset Management, LLC et. al.,
                                      :
              Plaintiff,                        08 Civ. 2390 (WHP)
                                      :
         -against-
                                      :
FONDATION LUCIE ET ANDRE
CHAGNON,                              :

              Defendant.              :
------------------------------X
```

## SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

        The Receiver having informed this Court that pursuant to the December 13, 2007 Order, he has not filed an opposition to the Motions to Dismiss filed by Fondation J. Armand Bombardier Trust and Bombardier Trust (the "Bombardier Entities"), the following schedule is established:

        1.    The Receiver shall file and serve his opposition to the motions to dismiss by April 7, 2008;

      2.      The Bombardier Entities shall file and serve their replies on the motion by April 14, 2008; and

      3.      This Court will hear oral argument on the motions to dismiss and the Receiver's motions for leave to conduct discovery on April 17, 2008 at 11:00 a.m.

Dated:    March 28, 2008
            New York, New York

                      SO ORDERED:

                      WILLIAM H. PAULEY III
                      U.S.D.J.

*All Counsel of Record*