UNIITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

SECURITIES AND EXHCHANGE
COMMISSION,

                 Plaintiff,              05 Civ. 2192 (WHP)

       -against-

NORTHSHORE ASSET
MANAGEMENT et al.,

                 Defendants.
----------------------------------------X
----------------------------------------X

ARTHUR STEINBERG as receiver for
Northshore Asset Management, LLC et. al.,

                 Plaintiff,              06 Civ. 5024 (WHP)

       -against-

UNIVERSAL GENESIS STRATEGIC
HOLDINGS, INC et. al.,

                 Defendants.
----------------------------------------X
----------------------------------------X

ARTHUR STEINBERG as receiver for
Northshore Asset Management, LLC et. al.,

                 Plaintiff,              06 Civ. 5564 (WHP)

       -against-

LEO SPHIZ,

                 Defendant.
----------------------------------------X

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4/3/08]

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for        :
Northshore Asset Management, LLC et. al.,
                                        :
                Plaintiff,                      06 Civ. 5565 (WHP)
                                        :
        -against-
                                        :
RICHARD WHARTON,
                                        :
                Defendant.              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for        :
Northshore Asset Management, LLC et. al.,
                                        :
                Plaintiff,                      06 Civ. 5566 (WHP)
                                        :
        -against-
                                        :
JIM PORTER,
                                        :
                Defendant.              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for        :
Northshore Asset Management, LLC et. al.,
                                        :
                Plaintiff,                      06 Civ. 5567 (WHP)
                                        :
        -against-
                                        :
MELVIN NEWMAN,
                                        :
                Defendant.              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

```
------------------------------X
ARTHUR STEINBERG as receiver for        :
Northshore Asset Management, LLC et. al.,
                                        :
                    Plaintiff,              06 Civ. 7770 (WHP)
                                        :
          -against-
                                        :
WALTER SCHWAB,
                                        :
                    Defendant.          :
------------------------------X

------------------------------X
ARTHUR STEINBERG as receiver for        :
Northshore Asset Management, LLC et. al.,
                                        :
                    Plaintiff,              07 Civ. 1001 (WHP)
                                        :
          -against-
                                        :
GLENN SHERMAN et. al.,
                                        :
                    Defendants.
                                        :
------------------------------X

------------------------------X
ARTHUR STEINBERG as receiver for        :
Northshore Asset Management, LLC et. al.,
                                        :
                    Plaintiff,              07 Civ. 1208 (WHP)
                                        :
          -against-
                                        :
BLOOMBERG, L.P. et. al.,
                    Defendants.         :
------------------------------X
```

```
------------------------------X
ARTHUR STEINBERG as receiver for      :
Northshore Asset Management, LLC et. al.,
                                      :
              Plaintiff,                       07 Civ. 1212 (WHP)
                                      :
     -against-
                                      :
BOMBARDIER TRUST (CANADA) et. al.,
                                      :
              Defendants.
------------------------------X
------------------------------X
ARTHUR STEINBERG as receiver for      :
Northshore Asset Management, LLC et. al.,
                                      :
              Plaintiff,                       07 Civ. 1217 (WHP)
                                      :
     -against-
                                      :
FONDATION J. ARMAND BOMBARDIER,
                                      :
              Defendant.
                                      :
------------------------------X
------------------------------X
ARTHUR STEINBERG as receiver for      :
Northshore Asset Management, LLC et. al.,
                                      :
              Plaintiff,                       07 Civ. 4832 (WHP)
                                      :
     -against-
                                      :
JOEL ASH,
                                      :
              Defendant.
                                      :
------------------------------X
```

```
------------------------------X
ARTHUR STEINBERG as receiver for      :
Northshore Asset Management, LLC et. al.,
                                      :
              Plaintiff,                         07 Civ. 4833 (WHP)
                                      :
        -against-
                                      :
STEPHEN A. ALDERMAN,
                                      :
              Defendant.              :
------------------------------X
------------------------------X
ARTHUR STEINBERG as receiver for      :
Northshore Asset Management, LLC et. al.,
                                      :
              Plaintiff,                         08 Civ. 2390 (WHP)
                                      :
        -against-
                                      :
FONDATION LUCIE ET ANDRE
CHAGNON,                              :
              Defendant.              :
------------------------------X
```

## DISCOVERY ORDER

WILLIAM H. PAULEY III, District Judge:

Counsel for Francis Saldutti, the SEC, and the Receiver having appeared on April 3, 2008 for a discovery conference, the Court directs the following:

1. The SEC may conduct depositions of Thomas Orr, Richard Roeding, Joseph Barone, Timothy Kraskey, Michael Cullinane, Andree Mayrand, Mathieu Poulin, and Alain Valois. The SEC's direct examination shall not exceed one and a half hours.

  2. Any deposition that is not conducted in New York City shall be conducted at a facility with video conferencing capabilities.

  3. All depositions shall be videotaped.

Dated: April 3, 2008
    New York, New York

SO ORDERED:

               _____
                WILLIAM H. PAULEY III
                   U.S.D.J.

*All Counsel of Record*