UNIITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

SECURITIES AND EXHCHANGE :
COMMISSION,
                                    :
                Plaintiff,              05 Civ. 2192 (WHP)
                                    :
        -against-
                                    :
NORTHSHORE ASSET
MANAGEMENT et al.,                  :

                Defendants.         :
------------------------------------X
------------------------------------X

ARTHUR STEINBERG as receiver for    :
Northshore Asset Management, LLC et. al.,
                                    :
                Plaintiff,              06 Civ. 5024 (WHP)
                                    :
        -against-
                                    :
UNIVERSAL GENESIS STRATEGIC
HOLDINGS, INC et. al.,              :

                Defendants.         :
------------------------------------X
------------------------------------X

ARTHUR STEINBERG as receiver for    :
Northshore Asset Management, LLC et. al.,
                                    :
                Plaintiff,              06 Civ. 5564 (WHP)
                                    :
        -against-
                                    :
LEO SPHIZ,

                Defendant.          :
------------------------------------X
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08

ARTHUR STEINBERG as receiver for :
Northshore Asset Management, LLC et. al.,
: 
               Plaintiff,                06 Civ. 5565 (WHP)
:
              -against-
:
RICHARD WHARTON,

               Defendant.   :
-------------------------------- X
-------------------------------- X

ARTHUR STEINBERG as receiver for :
Northshore Asset Management, LLC et. al.,
:
               Plaintiff,                06 Civ. 5566 (WHP)
:
              -against-
:
JIM PORTER,

               Defendant.   :
-------------------------------- X
-------------------------------- X

ARTHUR STEINBERG as receiver for :
Northshore Asset Management, LLC et. al.,
:
               Plaintiff,                06 Civ. 5567 (WHP)
:
              -against-
:
MELVIN NEWMAN,

               Defendant.   :
-------------------------------- X
-------------------------------- X

ARTHUR STEINBERG as receiver for :
Northshore Asset Management, LLC et. al.,
:

|  |  |
|---|---|
| Plaintiff, | 06 Civ. 7770 (WHP) |
| -against- | |
| WALTER SCHWAB, | |
| Defendant. | |

----------------------------------X

----------------------------------X

ARTHUR STEINBERG as receiver for
Northshore Asset Management, LLC et. al.,

                   Plaintiff,              07 Civ. 1001 (WHP)

                   -against-

GLENN SHERMAN et. al.,

                   Defendants.

----------------------------------X

----------------------------------X

ARTHUR STEINBERG as receiver for
Northshore Asset Management, LLC et. al.,

                   Plaintiff,              07 Civ. 1208 (WHP)

                   -against-

BLOOMBERG, L.P. et. al.,

                   Defendants.

----------------------------------X

```
------------------------------ X
ARTHUR STEINBERG as receiver for      :
Northshore Asset Management, LLC et. al.,
                                      :
           Plaintiff,                         07 Civ. 1212 (WHP)
                                      :
       -against-
                                      :
BOMBARDIER TRUST (CANADA) et. al.,
                                      :
           Defendants.
                                      :
------------------------------ X
------------------------------ X
ARTHUR STEINBERG as receiver for      :
Northshore Asset Management, LLC et. al.,
                                      :
           Plaintiff,                         07 Civ. 1217 (WHP)
                                      :
       -against-
                                      :
FONDATION J. ARMAND BOMBARDIER,
                                      :
           Defendant.
                                      :
------------------------------ X
------------------------------ X
ARTHUR STEINBERG as receiver for      :
Northshore Asset Management, LLC et. al.,
                                      :
           Plaintiff,                         07 Civ. 4832 (WHP)
                                      :
       -against-
                                      :
JOEL ASH,
                                      :
           Defendant.
                                      :
------------------------------ X
```

```
------------------------------X
```

ARTHUR STEINBERG as receiver for        :
Northshore Asset Management, LLC et. al.,
                                        :
              Plaintiff,                         07 Civ. 4833 (WHP)
                                        :
       -against-
                                        :
STEPHEN A. ALDERMAN,
                                        :
              Defendant.                :

```
------------------------------X
------------------------------X
```

ARTHUR STEINBERG as receiver for        :
Northshore Asset Management, LLC et. al.,
                                        :
              Plaintiff,                         08 Civ. 2390 (WHP)
                                        :
       -against-
                                        :
FONDATION LUCIE ET ANDRE
CHAGNON,                                :

              Defendant.                :

```
------------------------------X
```

## ORDER

WILLIAM H. PAULEY III, District Judge:

      Jury Selection (if necessary) and trial are adjourned from May 12, 2008 to May 14, 2008 in the actions consolidated for trial (05-Civ-2192 and 07-Civ-1001).

Dated:   April 18, 2008
         New York, New York

                                  SO ORDERED:

                                  WILLIAM H. PAULEY III
                                  U.S.D.J.

*All Counsel of Record*