UNIITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SECURITIES AND EXHCHANGE          :
COMMISSION,
                                  :

                    Plaintiff,          05 Civ. 2192 (WHP)
                                  :

        -against-
                                  :

NORTHSHORE ASSET
MANAGEMENT et al.,                :

                 Defendants.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for    :
Northshore Asset Management, LLC et. al.,
                                  :

                 Plaintiff,          06 Civ. 5024 (WHP)
                                  :

        -against-
                                  :

UNIVERSAL GENESIS STRATEGIC
HOLDINGS, INC et. al.,             :

                 Defendants.
                                  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for    :
Northshore Asset Management, LLC et. al.,
                                  :

                 Plaintiff,          06 Civ. 5564 (WHP)
                                  :

        -against-
                                  :

LEO SPHIZ,

                 Defendant.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for          :
Northshore Asset Management, LLC et. al.,
                                          :
                         Plaintiff,              06 Civ. 5565 (WHP)
                                          :
              -against-
                                          :
RICHARD WHARTON,
                                          :
                         Defendant.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for          :
Northshore Asset Management, LLC et. al.,
                                          :
                         Plaintiff,              06 Civ. 5566 (WHP)
                                          :
              -against-
                                          :
JIM PORTER,
                                          :
                         Defendant.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for          :
Northshore Asset Management, LLC et. al.,
                                          :
                         Plaintiff,              06 Civ. 5567 (WHP)
                                          :
              -against-
                                          :
MELVIN NEWMAN,
                                          :
                         Defendant.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for                    :
Northshore Asset Management, LLC et. al.,
                                                    :

                              Plaintiff,            :          06 Civ. 7770 (WHP)
                                                    :
              -against-
                                                    :
WALTER SCHWAB,

                              Defendant.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for                    :
Northshore Asset Management, LLC et. al.,
                                                    :

                              Plaintiff,            :          07 Civ. 1001 (WHP)
                                                    :
              -against-
                                                    :
GLENN SHERMAN et. al.,
                                                    :
                              Defendants.
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for                    :
Northshore Asset Management, LLC et. al.,
                                                    :

                              Plaintiff,            :          07 Civ. 1208 (WHP)
                                                    :
              -against-
                                                    :
BLOOMBERG, L.P. et. al.,

                              Defendants.           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

ARTHUR STEINBERG as receiver for                    :
Northshore Asset Management, LLC et. al.,

                                          :

                        Plaintiff,                07 Civ. 1212 (WHP)

                                            :

                 -against-

                                            :

BOMBARDIER TRUST (CANADA) et. al.,

                                            :

                       Defendants.

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

ARTHUR STEINBERG as receiver for                    :
Northshore Asset Management, LLC et. al.,

                                          :

                        Plaintiff,                07 Civ. 1217 (WHP)

                                            :

                 -against-

                                            :

FONDATION J. ARMAND BOMBARDIER,

                                          :

                       Defendant.

                                          :
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

ARTHUR STEINBERG as receiver for                    :
Northshore Asset Management, LLC et. al.,

                                          :

                        Plaintiff,                07 Civ. 4832 (WHP)

                                            :

                 -against-

                                            :

JOEL ASH,

                                          :

                       Defendant.

                                          :
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for           :
Northshore Asset Management, LLC et. al.,
                                           :
                    Plaintiff,                      07 Civ. 4833 (WHP)
                                           :
            -against-
                                           :
STEPHEN A. ALDERMAN,
                                           :
                    Defendant.             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for           :
Northshore Asset Management, LLC et. al.,
                                           :
                    Plaintiff,                      08 Civ. 2390 (WHP)
                                           :
            -against-
                                           :
FONDATION LUCIE ET ANDRE
CHAGNON,                                    :

                    Defendant.             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

<u>ORDER</u>

WILLIAM H. PAULEY III, District Judge:

        Oral arguments on the motions to dismiss filed by Fondation J. Armand

Bombardier and Bombardier Trust (07-Civ-1212, 07-Civ-1217), the Receiver's motions

for leave to conduct discovery (07-Civ-1212, 07-Civ-1217), Francis Saldutti's motion to

dismiss and for summary judgment (05-Civ-2192), and the SEC's motion for partial

summary judgment (05-Civ-2192) are adjourned from 11:00 a.m. to 2:30 p.m. on April

17, 2008.

Dated:    April 16, 2008
          New York, New York

                                        SO ORDERED:


                                        _____
                                        WILLIAM H. PAULEY III
                                        U.S.D.J.


*All Counsel of Record*