KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone:  (212) 836-8000
Paul J. Curran (PC-9851)
Karin E. Garvey (KG-7771)

KAYE SCHOLER LLC
Three First National Plaza
70 West Madison Street
Suite 4100
Chicago, IL 60602-4231
Telephone:  (312) 583-2300
Sheldon L. Solow, Esq.
Michael D. Messersmith, Esq.

*Counsel for Arthur Steinberg, as Receiver*
*for Northshore Asset Management, LLC, Ardent*
*Research Partners L.P., Ardent Research Partners*
*Ltd., and Saldutti Capital Management, L.P.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SECURITIES AND EXCHANGE COMMISSION,

                      Plaintiff,

              -against-

NORTHSHORE ASSET MANAGEMENT, LLC, et al.,

                    Defendants.

Civil Action No.
05-CV-2192 (WHP)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ARTHUR STEINBERG, as Receiver for
Northshore Asset Management, LLC, et al.,

                    Plaintiff,

              -against-

UNIVERSAL GENESIS STRATEGIC
HOLDINGS, INC. et al.,

Civil Action No.
06-CV-5024 (WHP)

                                  Defendants.                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ARTHUR STEINBERG, as Receiver for Northshore Asset Management, LLC, et al., | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | : |
| | : |
| LEO SPHIZ, | : |
| | : |
| Defendant. | : |

Civil Action No.
06-CV-5564 (WHP)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ARTHUR STEINBERG, as Receiver for Northshore Asset Management, LLC, et al., | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | : |
| | : |
| RICHARD WHARTON, | : |
| | : |
| Defendant. | : |

Civil Action No.
06-CV-5565 (WHP)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ARTHUR STEINBERG, as Receiver for Northshore Asset Management, LLC, et al., | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | : |
| | : |
| JIM PORTER, | : |
| | : |
| Defendant. | : |

Civil Action No.
06-CV-5566 (WHP)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
ARTHUR STEINBERG, as Receiver for                   :
Northshore Asset Management, LLC, et al.,           :
                                                    :
                            Plaintiff,              :
                                                    :       Civil Action No.
                -against-                           :       06-CV-5567 (WHP)
                                                    :
MELVIN NEWMAN,                                      :
                                                    :
                            Defendant.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
ARTHUR STEINBERG, as Receiver for                   :
Northshore Asset Management, LLC, et al.,           :
                                                    :
                            Plaintiff,              :
                                                    :       Civil Action No.
                -against-                           :       06-CV-7770 (WHP)
                                                    :
WALTER SCHWAB,                                      :
                                                    :
                            Defendant.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
ARTHUR STEINBERG, as Receiver for                   :
Northshore Asset Management, LLC, et al.,           :
                                                    :
                            Plaintiff,              :
                                                    :       Civil Action No.
                -against-                           :       07-CV-1001 (WHP)
                                                    :
GLENN SHERMAN, et al.,                              :
                                                    :
                            Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
ARTHUR STEINBERG, as Receiver for                   :
Northshore Asset Management, LLC, et al.,           :
                                                    :
                            Plaintiff,              :
                                                    :      Civil Action No.
                -against-                           :      07-CV-1208 (WHP)
                                                    :
BLOOMBERG, L.P. et al.,                             :
                                                    :
                            Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
ARTHUR STEINBERG, as Receiver for                   :
Northshore Asset Management, LLC, et al.,           :
                                                    :
                            Plaintiff,              :
                                                    :      Civil Action No.
                -against-                           :      07-CV-1212 (WHP)
                                                    :
BOMBARDIER TRUST (CANADA) et al.,                   :
                                                    :
                            Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
ARTHUR STEINBERG, as Receiver for                   :
Northshore Asset Management, LLC, et al.,           :
                                                    :
                            Plaintiff,              :
                                                    :      Civil Action No.
                -against-                           :      07-CV-1217 (WHP)
                                                    :
FONDATION J. ARMAND BOMBARDIER,                     :
                                                    :
                            Defendant.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
            :

ARTHUR STEINBERG, as Receiver for     :
Northshore Asset Management, LLC, et al.,     :
            :
           Plaintiff,    :
            :    Civil Action No.
      -against-       :    07-CV-4832 (WHP)
            :

JOEL ASH,             :
            :
           Defendant.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
            :

ARTHUR STEINBERG, as Receiver for     :
Northshore Asset Management, LLC, et al.,     :
            :
           Plaintiff,    :
            :    Civil Action No.
      -against-       :    07-CV-4833 (WHP)
            :

STEPHEN A. ALDERMAN,      :
            :
           Defendant.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF MOTION OF ARTHUR STEINBERG, RECEIVER FOR NORTHSHORE ASSET MANAGEMENT, LLC, ET AL., FOR AN ORDER REQUIRING REIMBURSEMENT AND AN ACCOUNTING

       **PLEASE TAKE NOTICE** that, upon the annexed motion ("Motion") of Arthur

Steinberg, the court-appointed receiver ("Receiver") for Northshore Asset Management, LLC, *et

al.*, by and through his counsel, the Receiver shall move before the Honorable William H. Pauley

III, United States District Court Judge for the Southern District of New York ("Court"), at a date

and time to be set by the Court, in the United States Courthouse, Southern District of New York,

United States District Court, 500 Pearl Street, New York, New York 10007 for an order

("Order") requiring (a) payment to the Clerk of the Court for deposit into an interest-bearing

account with the Court Registry Investment System (which will act as reimbursement to the

escrow account ("Escrow Account")) of an amount to be determined but in no event less than $378,658.35, plus interest that would have been earned on the money had it remained in the Escrow Account; and (b) an accounting, certified under penalty of perjury by both Francis Saldutti ("Saldutti") and Julian Friedman, Esq. ("Friedman"), and the production of back-up records regarding all of the requests made for disbursements to Saldutti, the depositor, the distributions made by Stillman & Friedman, P.C. ("Stillman & Friedman"),[1] the escrow agent, and the expenditures of those funds by Saldutti, both for legal and non-legal items, so that the

---

[1]    The Stillman & Friedman firm is now known as Stillman, Friedman & Schectman, P.C., but, to be consistent with the Escrow Agreement, this Motion will refer to the firm as "Stillman & Friedman."

Receiver can determine the amount of funds in addition to the $378,658.35 which should be paid

to the Clerk of the Court for deposit into an interest-bearing account with the Court Registry

Investment System (which will act as reimbursement to the Escrow Account); and for such other

and further relief as is just and proper.

Dated: New York, New York
        May 5, 2008

                                   KAYE SCHOLER LLP


                            By:/s/ Paul J. Curran
                            Paul J. Curran (PC-9851)

                            Karin E. Garvey (KG-7771)
                            425 Park Avenue
                            New York, New York 10022
                            Telephone:  (212) 836-8000
                            Facsimile:   (212) 836-8689

                                   -and-

                            Sheldon L. Solow, Esq.
                            Michael D. Messersmith, Esq.
                            KAYE SCHOLER LLC
                            Three First National Plaza
                            70 West Madison Street
                            Suite 4100
                            Chicago, IL 60602-4231
                            Telephone:  (312) 583-2300

                            Counsel to the Receiver