UNIITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

SECURITIES AND EXHCHANGE    :
COMMISSION,
                            :
            Plaintiff,          05 Civ. 2192 (WHP)
                            :
    -against-
                            :
NORTHSHORE ASSET
MANAGEMENT et al.,          :

            Defendants.     :
----------------------------------X
----------------------------------X

ARTHUR STEINBERG as receiver for    :
Northshore Asset Management, LLC et. al.,
                                :
            Plaintiff,              06 Civ. 5024 (WHP)
                                :
    -against-
                                :
UNIVERSAL GENESIS STRATEGIC
HOLDINGS, INC et. al.,          :

            Defendants.         :
----------------------------------X
----------------------------------X

ARTHUR STEINBERG as receiver for    :
Northshore Asset Management, LLC et. al.,
                                :
            Plaintiff,              06 Civ. 5564 (WHP)
                                :
    -against-
                                :
LEO SPHIZ,

            Defendant.          :
----------------------------------X
----------------------------------X

| | | |
|---|---|---|
| ARTHUR STEINBERG as receiver for<br>Northshore Asset Management, LLC et. al., | : | |
| | : | |
| Plaintiff, | | 06 Civ. 5565 (WHP) |
| | : | |
| -against- | | |
| | : | |
| RICHARD WHARTON, | | |
| | | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| ARTHUR STEINBERG as receiver for<br>Northshore Asset Management, LLC et. al., | : | |
| | : | |
| Plaintiff, | | 06 Civ. 5566 (WHP) |
| | : | |
| -against- | | |
| | : | |
| JIM PORTER, | | |
| | | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| ARTHUR STEINBERG as receiver for<br>Northshore Asset Management, LLC et. al., | : | |
| | : | |
| Plaintiff, | | 06 Civ. 5567 (WHP) |
| | : | |
| -against- | | |
| | : | |
| MELVIN NEWMAN, | | |
| | | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| ARTHUR STEINBERG as receiver for<br>Northshore Asset Management, LLC et. al., | : |
| | : |

|  |  |
|---|---|
| Plaintiff, | 06 Civ. 7770 (WHP) |
| -against- | |
| WALTER SCHWAB, | |
| Defendant. | |

---------------------------------X

---------------------------------X

|  |  |
|---|---|
| ARTHUR STEINBERG as receiver for Northshore Asset Management, LLC et. al., | |
| Plaintiff, | 07 Civ. 1001 (WHP) |
| -against- | |
| GLENN SHERMAN et. al., | |
| Defendants. | |

---------------------------------X

---------------------------------X

|  |  |
|---|---|
| ARTHUR STEINBERG as receiver for Northshore Asset Management, LLC et. al., | |
| Plaintiff, | 07 Civ. 1208 (WHP) |
| -against- | |
| BLOOMBERG, L.P. et. al., | |
| Defendants. | |

---------------------------------X

```
------------------------------X
ARTHUR STEINBERG as receiver for    :
Northshore Asset Management, LLC et. al.,
                                    :
            Plaintiff,                    07 Civ. 1212 (WHP)
                                    :
        -against-
                                    :
BOMBARDIER TRUST (CANADA) et. al.,
                                    :
            Defendants.
------------------------------X
------------------------------X
ARTHUR STEINBERG as receiver for    :
Northshore Asset Management, LLC et. al.,
                                    :
            Plaintiff,                    07 Civ. 1217 (WHP)
                                    :
        -against-
                                    :
FONDATION J. ARMAND BOMBARDIER,
                                    :
            Defendant.
                                    :
------------------------------X
------------------------------X
ARTHUR STEINBERG as receiver for    :
Northshore Asset Management, LLC et. al.,
                                    :
            Plaintiff,                    07 Civ. 4832 (WHP)
                                    :
        -against-
                                    :
JOEL ASH,
                                    :
            Defendant.
                                    :
------------------------------X
```

------------------------------ X

ARTHUR STEINBERG as receiver for       :
Northshore Asset Management, LLC et. al.,
                                       :
           Plaintiff,                         07 Civ. 4833 (WHP)
                                       :
    -against-
                                       :
STEPHEN A. ALDERMAN,

           Defendant.                  :

------------------------------ X
------------------------------ X

ARTHUR STEINBERG as receiver for       :
Northshore Asset Management, LLC et. al.,
                                       :
           Plaintiff,                         08 Civ. 2390 (WHP)
                                       :
    -against-
                                       :
FONDATION LUCIE ET ANDRE
CHAGNON,                               :

           Defendant.                  :

------------------------------ X

## ORDER

WILLIAM H. PAULEY III, District Judge:

      This Court will hold a telephonic status conference in the actions consolidated for trial (05-Civ-2192 and 07-Civ-1001) on May 6, 2008 at 4:00 p.m.

Dated:   May 5, 2008
           New York, New York

                                SO ORDERED:

                                WILLIAM H. PAULEY III
                                     U.S.D.J.

*All Counsel of Record*