UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
SECURITIES AND EXCHANGE COMMISSION :
:
Plaintiff, :
: Civil Action No.
-against- : 05-CV-2192 (WHP)
:
NORTHSHORE ASSET MANAGEMENT et al., :
:
Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
ARTHUR STEINBERG, as Receiver for :
Northshore Asset Management, LLC, et al., :
:
Plaintiff, :
: Civil Action No.
-against- : 06-CV-5024 (WHP)
:
UNIVERSAL GENESIS STRATEGIC :
HOLDINGS, INC. et al. :
:
Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
ARTHUR STEINBERG, as Receiver for :
Northshore Asset Management, LLC, et al., :
:
Plaintiff, :
: Civil Action No.
-against- : 06-CV-5564 (WHP)
:
LEO SPHIZ, :
:
Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
------------------------------------------- x
                                             :
ARTHUR STEINBERG, as Receiver for            :
Northshore Asset Management, LLC, et al.,    :
                                             :
                          Plaintiff,         :
                                             :   Civil Action No.
            -against-                        :   06-CV-5565 (WHP)
                                             :
RICHARD WHARTON,                             :
                                             :
                          Defendant.         :
------------------------------------------- x

------------------------------------------- x
                                             :
ARTHUR STEINBERG, as Receiver for            :
Northshore Asset Management, LLC, et al.,    :
                                             :
                          Plaintiff,         :
                                             :   Civil Action No.
            -against-                        :   06-CV-5566 (WHP)
                                             :
JIM PORTER,                                  :
                                             :
                          Defendant.         :
------------------------------------------- x
------------------------------------------- x
                                             :
ARTHUR STEINBERG, as Receiver for            :
Northshore Asset Management, LLC, et al.,    :
                                             :
                          Plaintiff,         :
                                             :   Civil Action No.
            -against-                        :   06-CV-5567 (WHP)
                                             :
MELVIN NEWMAN,                               :
                                             :
                          Defendant.         :
------------------------------------------- x
```

```
------------------------------------------x
                                          :
ARTHUR STEINBERG, as Receiver for         :
Northshore Asset Management, LLC, et al., :
                                          :
                     Plaintiff,           :
                                          :   Civil Action No.
        -against-                         :   06-CV-7770 (WHP)
                                          :
WALTER SCHWAB,                            :
                                          :
                     Defendant.           :
------------------------------------------x

------------------------------------------x
                                          :
ARTHUR STEINBERG, as Receiver for         :
Northshore Asset Management, LLC, et al., :
                                          :
                     Plaintiff,           :
                                          :   Civil Action No.
        -against-                         :   07-CV-1001 (WHP)
                                          :
GLENN SHERMAN, et al.,                    :
                                          :
                     Defendants.          :
------------------------------------------x
------------------------------------------x
                                          :
ARTHUR STEINBERG, as Receiver for         :
Northshore Asset Management, LLC, et al., :
                                          :
                     Plaintiff,           :
                                          :   Civil Action No.
        -against-                         :   07-CV-1208 (WHP)
                                          :
BLOOMBERG, L.P. et al.,                   :
                                          :
                     Defendants.          :
------------------------------------------x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                             :
ARTHUR STEINBERG, as Receiver for                                            :
Northshore Asset Management, LLC, et al.,                                    :
                                                                             :
                              Plaintiff,                                     :
                                                                             :     Civil Action No.
               -against-                                                     :     07-CV-1212 (WHP)
                                                                             :
BOMBARDIER TRUST (CANADA) et al.,                                            :
                                                                             :
                              Defendants.                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                             :
ARTHUR STEINBERG, as Receiver for                                            :
Northshore Asset Management, LLC, et al.,                                    :
                                                                             :
                              Plaintiff,                                     :
                                                                             :     Civil Action No.
               -against-                                                     :     07-CV-1217 (WHP)
                                                                             :
FONDATION J. ARMAND BOMBARDIER,                                              :
                                                                             :
                              Defendant.                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                             :
ARTHUR STEINBERG, as Receiver for                                            :
Northshore Asset Management, LLC, et al.,                                    :
                                                                             :
                              Plaintiff,                                     :
                                                                             :     Civil Action No.
               -against-                                                     :     07-CV-4832 (WHP)
                                                                             :
JOEL ASH,                                                                    :
                                                                             :
                              Defendant.                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                               :
ARTHUR STEINBERG, as Receiver for                                              :
Northshore Asset Management, LLC, et al.,                                      :
                                                                               :
                              Plaintiff,                                       :
                                                                               :    Civil Action No.
            -against-                                                          :    07-CV-4833 (WHP)
                                                                               :
STEPHEN A. ALDERMAN,                                                           :
                                                                               :
                              Defendant.                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## AFFIDAVIT OF SERVICE BY REGULAR MAIL

        I, Laurie Schwall, hereby certify that on May 5, 2008, I caused to be served true copies of the **Notice and Motion of Arthur Steinberg, Receiver for Northshore Asset Management, LLC, et.al., for an Order Requiring Reimbursement and an Accounting,** upon the parties listed on the annexed service list by regular mail.


                                              /s/ Laurie Schwall
                                              Laurie Schwall

Sworn to before me this
6th day of May 2008

                                     Notary Public, State of New York
 /s/ Gurnel Jean- Louis             No. 01JE6016979
  Notary Public                         Qualified in Queens County
                                     Commission Expires Nov. 30, 2010

**SERVICE LIST**

Jonathan D. King, Esq.
Piper Rudnick, Gray, Cary
203 North LaSalle Street
Suite 1900
Chicago, IL 60601

Ira B. Grudberg, Esq.
Jacobs, Grudberg, Belt, Dow & Kayz P.C.
350 Orange Street
New Haven, CT 06503

Goldin Associates, L.L.C.
400 Madison Avenue
New York, New York 10017
Attn: Mark Slane

David Bagley
Morris-Anderson & Associates, Ltd
55 West Monroe Street
Suite 2500
Chicago, IL 60603

William I. Kohn, Esq.
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL  60606

Brian Wood, Esq.
Weltman, Weinberg & Reis Co., L.P.A.
175 South Third Street
Columbus, Ohio 43215

William L. Buus, Esq.
Oswald & Yup
16148 Sand Canyon Avenue
Irvine, CA 92618

Dr. David Schwartz
550 N. Kingsbury Street
#606
Chicago, IL 60610


31643172.WPD

Harvey J. Barnett, Esq.
Law Office of Harvey J. Barnett
55 West Monroe Street
Suite 3200
Chicago, IL  60603

Daniel A. Dreisbach, Esq.
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19899

Wolfgang Heimerl, Esq.
Heimerl Law Firm
1 Anderson Road
Bernardsville, NJ 07924

Mary Tom, Esq.
Office of United States Trustee
Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004

Jack Kaufman, Esq.
Securities and Exchange Commission
Room 4300
3 World Financial Center
New York, New York 10281-1022

Timothy P. Wei, Esq.
Securities and Exchange Commission
Room 4300
3 World Financial Center
New York, New York 10281-1022

K.B. Battaglini, Esq.
Greenberg Traurig LLP
1000 Louisiana Street
Suite 1800
Houston, Texas 77002

31643172.WPD

Mitchell P. Hurley, Esq.
James E. d'Auguste, Esq.
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, New York 10022

William P. Ziegelmueller, Esq.
Stetler & Duffy Ltd.
11 S. LaSalle Street, Suite 1200
Chicago, IL  60603

Wolfgang Heimerl, Esq.
Heimerl Law Firm
67 Wall Street, Suite 2211
New York, NY 10005

Georgia S. Alikakos, Esq.
Christian D. Lofaro, Esq.
Lewis Brisbois Bisgaard & Smith LLP
199 Water Street; 35th Floor
New York, New York 10038

Kelly M. Lawson, Esq.
U.S. Department of Labor
Office of the Regional Solicitor
JFK Federal Building; Room E-375
Boston, MA 02203

William H. Sloane, Esq.
Karl Schaffer, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005

Maranda E. Fritz, Esq.
Hinshaw & Culbertson LLP
780 Third Avenue
4th Floor
New York, New York 10017

31643172.WPD

Susan Necheles, Esq.
Hafetz & Necheles
500 5th Avenue
29th Floor
New York, New York 10110

Julian Friedman, Esq.
Stillman, Friedman and Shechtman, P.C.
425 Park Avenue
New York, New York 10022

Ira L. Sorkin, Esq.
Donald Corbett, Esq.
Dickstein Shapiro Morin & Oshinsky LLP
1177 Avenue of the Americas
New York, New York 10036-2714

Stuart E. Abrams, Esq.
Frankel & Abrams
230 Park Avenue
New York, New York 10169

Gerard DiConza, Esq.
DiConza Law, P.C.
630 Third Avenue
7th Floor
New York, New York 10017

Robert O'Neill, Esq.
Sherry & O'Neill
305 Madison Avenue
New York, New York 10165

David Genelly, Esq.
Vanasco, Genelly & Miller
33 North LaSalle Street
Suite 2200
Chicago, IL 60602

Harry Scott, Esq.
87 Cross Highway
Westport, CT 06800

31643172.WPD

Neal D. Frishberg
Law Office of Neal D, Frishberg
One Harriman Square
P.O. Box 124
Goshen, New York 10924

Richard H. Silberberg, Esq.
Dorsey & Whitney LLP
250 Park Avenue
New York, New York 10177

Maria A. Bove, Esq.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub
780 Third Avenue
36th Floor
New York, New York 10017-2024

Nathaniel I. Kolodny, Esq.
Stillman, Friedman & Schechtman P.C.
425 Park Avenue
New York, New York 10022

John A. Hyland, Esq.
Sherry & O'Neill
305 Madison Avenue
New York, New York 10165

Thomas H. Golden, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019

Patricia M. Carroll
John H. Sear, Esq.
Jones Day
222 East 41st Street
New York, New York 10017

Rosemarie Paine
Jacobs, Grudberg, Belt & Dow
350 Orange Street
New Haven, CT 06503

31643172.WPD

James Azzarito
Franklin's Kite Holdings, LLC
683 Ponus Ride Road
New Canaan, CT 06840

Christopher Caparelli, Esq.
Torys LLP
237 Park Avenue
New York, New York 10017

Richard J. Schaeffer, Esq.
Dornbush, Schaeffer, Strongin & Venahlia LLP
747 Third Avenue
New York, New York 10017

David E. Varca
1415 N. Sherman Street
Apt. #407
Evanston, IL 60201

David Austin, Esq.
Richard Albert, Esq.
Morvillo, Abramowitz, Grand, Iason, Amello & Bohrer
565 Fifth Avenue
New York, New York 10017

Norris Wolff, Esq.
Kleinburg, Kaplan, Wolff & Cohen PC
551 5th Avenue
New York, New York 10176

Steven Golden
Mahoney Cohen & Company
1065 Avenue of the Americas
New York, New York 10018

Tom Cocchiola
JPMorgan Trust Co, NA
Institutional Trust Services
4 New York Plaza
17th Floor
New York, New York 10004


Kevin O. Kelley, 57144-054

31643172.WPD

FCI Fort Dix
Federal Correctional Institution
P.O. Box 2000
Fort Dix, NJ 08640


Mary Tait, Esq.
Jones Day
325 John H. McConnell Blvd.
Suite 600
Columbus, Ohio 43215-2673


Samuel M. Forstein
Office of the General Counsel
United States SEC
100 F Street, N.E.
Washington, DC 20549-0207


Lori Gutmann Sherman
1753 Spruce Street
Highland Park, IL 60035-2148


31643172.WPD